FRANK DRAKE, Respondent, v. HENRY HORNBLOWER and Others, Appellants, Impleaded with Others.— Order modified by granting defendant's

* Banking Law (Consol. Laws, chap. 2; Laws of 1914, chap. 369), § 113. — [REP.

motion to strike out paragraph 17 of the second amended complaint, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.